# Court of Appeals
# of the State of Georgia

ATLANTA,  September 07, 2022

*The Court of Appeals hereby passes the following order:*

### A23D0034. ROGER C. DAY v. TERRY E. BARNARD, CHAIRMAN OF THE STATE BOARD OF PARDONS AND PAROLES, et al.

Roger C. Day filed a petition for mandamus against the State Board of Pardons and Paroles and its Chairman, Terry E. Barnard.[1] The respondents filed a motion to dismiss, which the trial court granted on July 8, 2022. On August 9, 2022, Day filed the instant application for discretionary appeal seeking review of the dismissal order. We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). Compliance with this statutory deadline is an absolute requirement to confer jurisdiction in this Court, and thus, the untimely filing of a discretionary application requires its dismissal. See *Gable v. State*, 290 Ga. 81, 82 (2) (a) (720 SE2d 170) (2011).  Day's application was untimely filed 32 days after entry of the order he seeks to appeal. Accordingly, this

---

[1] The trial court initially denied Day's petition for writ of mandamus, and he filed an application for discretionary appeal to challenge the ruling. We granted the application, see Case No. A20D0085 (Oct. 15, 2019), and reversed the trial court's ruling and remanded with instructions to allow Day to file his petition. See *Day v. Bernard*, 356 Ga. App. 558 (848 SE2d 190) (2020).

application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* ___09/07/2022___

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*